**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

NEIL R. BARLOW,
    Plaintiff,

v.                                     C.A. No. 10-428 S

DAN'S PAYROLL SERVICE,
INC., et al.,
    Defendants.

## ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on August 20th, 2012 (ECF #39) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Defendants' objections to the Magistrate Judge's Report and Recommendation (ECF #s 40 and 41) are rejected and Defendants' Motion for Summary Judgment (ECF #20) is hereby DENIED.

ENTER:

_WSmmK_____
William E. Smith
United States District Judge

Date: 11/12/12